GLICKENROSE COMPANY, INC., v. C. & C. ESTATES, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of LEONARD J. SMITH for an Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See 257 App. Div. 281.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of JAMES P. RYAN for the Determination of the Court as to the Designation of THOMAS MURRAY in Election Districts 1 to 21, Inclusive, and 23 and 24, Named in the Petition Headed by Committee on Vacancies, THOMAS RYAN, ALBERT I. NOVAK, ROCCO ESPOSITO, Commonly Known as the " Murray Petition," 14th Assembly District, Election Districts 1 to 21, Inclusive, and 23 and 24, New York County.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

THOMAS GEOGAS, Also Known as THOMAS ZOGAS, and Another, v. NATIONAL BANK OF GREECE and Others. HELEN ROMPAPA and Others v. NATIONAL BANK OF GREECE and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVE D. RASKIN, as President of Retail Cigar Employees Union Local 906 of the Union Retail & Wholesale Employees of America, v. UNITED CIGAR-WHELAN STORES CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BENJAMIN W. HUEBSCH and HENRY J. KANTROWITZ, as Administrators, etc., of JOSHUA KANTROWITZ, Deceased, and Others. DOUGLASS NEWMAN and Others — ISIDOR FRIEND, as Trustee — MARTHA SIMON and Another. CELIA FRIEND and EMMA FRIEND. BENJAMIN W. HUEBSCH and Others — MILTON RATKOWSKY — ABRAHAM GRENTHAL.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 924.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRYSINGER EVANS, on Behalf of Himself and Others, etc., v. 2168 BROADWAY CORPORATION and Others. In the Matter of THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH and Another v. THOMAS DARLINGTON and HENRY A. THELLUSSON.— Motion for leave to appeal to the Court of Appeals granted; motion for a reargument denied. [See 257 App. Div. 940.] Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

FIRST NATIONAL TRUST & SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator, etc., of FRANK CROZIER, Deceased, v. J. ROY BROWNING, as Trustee in Bankruptcy, etc. UNITED STATES STEEL CORPORATION and Others — CLARA A. CROZIER.— Motion for substitution granted; motion for leave to appeal to the Court of Appeals denied. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.